RAMONA MONAGAS VIUDA DE COLÓN, demandante y apelada, *v.* MANUEL HEDILLA BLANCO, demandado y apelante.

No. 4982.—*Sometido:* Febrero 21, 1930. *Resuelto:* Abril 24, 1930.

*F. Colón*, abogado del apelante; *R. Hernández Matos*, abogado de la apelada.

El Juez Asociado Señor Hutchison, emitió la opinión del tribunal.

La demandante obtuvo sentencia por quinientos dólares en concepto de un hogar seguro envuelto en la venta de cierta finca como resultado de un procedimiento ejecutivo hipotecario.

La primera contención del apelante es que la corte de distrito erró al desestimar una excepción previa de falta de hechos suficientes para constituir causa de acción. Más específicamente, la objeción es, primero, que la demanda no coloca a la demandante dentro de la esfera de la sección 1 de la Ley sobre el hogar seguro como un "jefe de familia, que tenga familia"; y, segundo, que el alegado hogar seguro es una finca urbana.

La actora no demanda como un "jefe de familia, que tenga familia," bajo la sección 1 de la ley, sino como un cónyuge supérstite de acuerdo con la sección 2. Los hechos expuestos demuestran que la propiedad en cuestión estuvo investida del carácter de un hogar seguro mientras vivió el esposo, y, al fallecer éste, el título fué adquirido por la esposa, aquí demandante. La ley no exige que el cónyuge sobreviviente sea un "jefe de familia, que tenga familia," para que retenga la heredad, o que alegue el derecho así adquirido. Tampoco hace la ley distinción alguna entre las

fincas urbanas y rurales. *Ubi lex non distinguit, nec nos distinguere debemus.*

 La única contención adicional del apelante se dirige a la suficiencia de la prueba. El argumento es que la demandante dejó de probar que fuera un "jefe de familia, que tenga familia." No había necesidad de tal prueba.

*Debe confirmarse la sentencia apelada.*